# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**KELLY CHRISTINE NICHOLSON** | ) **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>)<br>) USDC Case Number: 0971 3:10CR00445-001 EDL<br>) BOP Case Number:<br>) USM Number: 14696-111<br>) Defendant's Attorney: Paul Alaga |

**Date of Original Judgment:** 10/14/2013
(or Date of Last Amended Judgment)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)
☐ Other:

☑ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant
  ☐ 28 U.S.C. § 2255 or ☐ G18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☑ pleaded guilty to count(s): Two and Four of the Petition
☐ pleaded nolo contendere to count(s): _____ which was accepted by the court.
☐ was found guilty on count(s): _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 3565 | The offender consumed alcohol and prescription medication while operating a motor vehicle. | 10/8/2013 | Two |
| 18 U.S.C. § 3565 | The offender consumed alcohol and was arrested. | 10/8/2013 | Four |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s): _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/30/2013
Date of Imposition of Judgment

*Elizabeth D. Laporte* (signature)
Signature of Judge

Honorable Elizabeth D. Laporte
Chief U.S. Magistrate Judge
Name & Title of Judge

10/31/2013
Date

DEFENDANT: KELLY CHRISTINE NICHOLSON
CASE NUMBER: 0971 3:10CR00445-001 EDL

# PROBATION

The defendant is hereby sentenced to probation for a term of :

Defendant's term of probation is extended for two years from 10/13/2013.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:   KELLY CHRISTINE NICHOLSON
CASE NUMBER:   0971 3:10CR00445-001 EDL

# SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall pay any fine of $1000 and a special assessment of $10 that is imposed by this judgement.

2)  The defendant shall maintain and provide proof of financial responsibility to the California Department of Motor Vehicles and the U.S. Probation Officer as directed, for a period of three years.

3)  The defendant shall participate in an assessment for alcohol abuse, as directed by the U.S. Probation Officer, and she shall participate in treatment if deemed appropriate until such time as the defendant is released from treatment by her probation officer.  The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by her probation officer.  Payments shall never exceed the total cost of urinalysis and counseling.  The actual co-payment schedule shall be determined by her probation officer.

4)  The defendant shall successfully complete an approved state-mandate First Offender DUI Program as directed by the probation officer.

5)  The defendant's driving privileges shall be restricted for a period of 90 days, unless already suspended and/or restricted by the California Department of Motor Vehicles.  During the restriction, the defendant may drive to and from school (or work) and to and from her counseling program.

6)  The defendant shall abstain from the consumption of alcohol and not enter establishments where alcohol is the primary item of sale.

7)  The defendant shall participate in six months of SCRAM (Secure Continuous Remote Alcohol Monitor) device alcohol monitoring program.

The following special conditions are ordered:


8)  The defendant shall participate in a mental health treatment program, as directed by the probation officer.  The defendant is to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer.  Payments shall never exceed the total cost of mental health counseling.

9)  The defendant shall reside at a residential substance abuse treatment program or a Sober Living Environment (SLE) for a period of no less than three months, at the direction and discretion of the probation officer.  In conjunction, the defendant is to participate in an intensive outpatient dual diagnosis program.  Monthly treatment reports shall be made available to the probation officer to assess the defendants progress in the programs.  The defendant is to pay all of the cost for these programs.

10)  The defendant shall perform 100 hours of community service, at the direction and discretion of the probation officer.

11)  The defendant shall successfully complete all approved state-mandate DUI programs as directed by the probation officer. (If offender is convicted in Marin County Superior Court for DUI)

12)  The defendant shall take all psychotropic medications as prescribed.